### HARRIS *v.* THE STATE.

The charge being rape, and the evidence, if credible, showing conclusively that the carnal connection was complete and that the offense of rape was actually perpetrated, the court erred in charging that a verdict for assault with intent to rape could be found; and such a verdict, under the circumstances, was contrary to law.

Argued April 19, — Decided May 5, 1897.

Indictment for rape. Before Judge Fite. Bartow superior court. January term, 1897.

*J. W. Harris Jr.*, for plaintiff in error.
*S. P. Maddox, solicitor-general*, contra.

Fish, J. The law announced in the headnote is well settled. Penal Code, §19; *Kelsey's* case, 62 *Ga.* 558; *Johnson's* case, 73 *Ga.* 107. The evidence for the State, if credible, showed conclusively that the accused committed the crime of rape, as charged in the indictment; and it was therefore error to charge that a verdict for assault with intent to rape could be found. *Judgment reversed. All the Justices concurring.*